# UNITED STATES DISTRICT COURT
## FOR THE Southern District of California
### San Diego

Soltura, LLC

                    Plaintiff,

v.　　　　　　　　　　　　　　　　　　　Case No.: 3:21−cv−00284−H−KSC
　　　　　　　　　　　　　　　　　　　　 Judge Marilyn L. Huff

Qvivo Brands, Inc.

                    Defendant.

**NOTICE OF HEARING**

Please take notice that the above−entitled action has been placed on the calendar of the Honorable Judge Marilyn L. Huff on 6/14/21 at 10:30 AM , in , at the U.S. District Courthouse − San Diego, California.

FOR DISMISSAL FOR FAILURE TO SERVE under Local Rule 4.1(B) which provides that on the one hundredth (100th) day following the filing of the complaint, or on the fourteenth (14th) day following an extension of time to serve, if proof of service has not yet been filed, the clerk will prepare an order to show cause with notice to plaintiff why the case should not be dismissed without prejudice.

                                                                                                       John Morrill,
                                                                                       Clerk of the Court

                                                                        By: s/ S. Yaptangco, Courtroom Deputy