RICHARD P. SYBERT (SBN: 080731)
rsybert@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
5901 Priestly Drive, Suite 308
Carlsbad, CA 92008
Telephone: (619) 230-7768
Facsimile: (760) 841-2375

Hannah E. Brown (SBN: 311158)
hbrown@grsm.com
GORDON REES SCULLY MANSUKHANI, LLP
101 W. Broadway, Suite 2000
San Diego, CA 92101
Telephone: (619) 696-6700
Facsimile: (619) 696-7124

Attorneys for Plaintiff
SOLTURA, LLC dba BUCANERO USA

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SOLTURA, LLC dba BUCANERO USA,<br><br>Plaintiff,<br><br>vs.<br><br>QVIVO BRANDS, INC.,<br><br>Defendant. | CASE NO. 3:21-cv-00284-H-KSC<br><br>**NOTICE OF VOLUNTARY DISMISSAL OF ENTIRE ACTION**<br><br>District Judge:<br>Hon. Marilyn L. Huff<br>Courtroom: 15A<br><br>Magistrate Judge:<br>Hon. Karen S. Crawford<br>Courtroom: Suite 1010 |

Pursuant to Federal Rule of Civil Procedure 41(a)(1), Plaintiff Soltura, LLC dba Bucanero USA hereby voluntarily dismisses this action in its entirety with prejudice.

Dated: May 19, 2021

GORDON REES SCULLY MANSUKHANI, LLP

By: */s/ Richard P. Sybert*
Richard P. Sybert
Hannah E. Brown
Attorneys for Plaintiff
SOLTURA, LLC dba BUCANERO USA

NOTICE OF VOLUNTARY DISMISSAL  Case No. 3:21-cv-00284-H-KSC

# CERTIFICATE OF SERVICE

I am a resident of the State of California, over the age of eighteen years, and not a party to the within action. My business address is: Gordon Rees Scully Mansukhani 101 W. Broadway, Suite 2000, San Diego, CA 92101, my electronic mail address is dcoletti@grsm.com. On May 19, 2021, I served the foregoing document entitled **NOTICE OF VOLUNTARY DISMISSAL** as follows:

- ☐ **BY U.S. MAIL** by placing the document(s) listed above in a sealed envelope with postage thereon fully prepaid, in United States mail in the State of California addressed as set forth below pursuant to FRCP 5(b)(C).
- ☐ **BY PERSONAL SERVICE BY CAUSE.** I caused to be personally delivered the document(s) listed above to the person(s) set forth below pursuant to FRCP 5(b)(2)(B).
- ☒ **BY ELECTRONIC MAIL** by transmitting via electronic mail the document(s) listed above to the address(es) listed below on this date pursuant to FRCP 5(b)(2)(E).
- ☐ **BY OVERNIGHT DELIVERY:** by placing a true copy thereof enclosed in a sealed envelope, at a station designated for collection and processing of envelopes and packages for overnight delivery **by Federal Express** as part of the ordinary business practices of Gordon & Rees LLP, addressed as set forth below.
- ☐ **BY ELECTRONIC SERVICE THROUGH THE CM/ECF SYSTEM** which automatically generates a Notice of Electronic Filing at the time said document is filed to all CM/ECF Users who have appeared in this case. Service with this NEF constitutes service pursuant to FRCP 5(b)(E).

William R. Treuba, Jr.
Treuba & Suarez, PLLC
wtrueba@lex188.com

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Executed on May 19, 2021 at San Diego, California.

*Diana Coletti*
Diana Coletti

-3-
CERTIFICATE OF SERVICE                Case No. 3:21-cv-00284-H-KSC